FILED
SEP 0 9 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ecm DEP CLK

# UNITED STATES DISTRICT COURT

for the

EASTERN District of N.C.

Middle Division

| | |
|---|---|
| Theodore Macon Carrington Jr.<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Microsoft, Bill Gates, Chris Krebs et. Al.<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. ______<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE — BiVENS

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Theodore Macon Carrington Jr. |
| Street Address | Federal Medical Center |
| City and County | prisoner no. 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 |
| State and Zip Code | P.O. Box 1600, Butner, NC. 27509 |
| Telephone Number | |
| E-mail Address | (910) 528-8854 (mother Diane) |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Microsoft |
| Job or Title *(if known)* | Government Contractor, DHS Software |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Bill Gates |
| Job or Title *(if known)* | Government Contractor - Software |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Chris Krebs |
| Job or Title *(if known)* | former director Cyber Command |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Senator Ron Johnson |
| Job or Title *(if known)* | U.S. Senator |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant no. 5. The U.S. Dept. of Justice

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Bivens

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Violation of the Whistleblower Protection Act, Blackmail, Threats to myself And family, using influence for malicious prosecution.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Theodore M. Carrington Jr., is a citizen of the State of *(name)* N.C. - U.S.A.

b. If the plaintiff is a corporation

The plaintiff, *(name)* [redacted], is incorporated under the laws of the State of *(name)* [redacted], and has its principal place of business in the State of *(name)* [redacted]

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Bill Gates, Chris Krebs is a citizen of the State of *(name)* ________. Or is a citizen of *(foreign nation)* ________.

b. If the defendant is a corporation

The defendant, *(name)* Microsoft, is incorporated under the laws of the State of *(name)* Washington, and has its principal place of business in the State of *(name)* Seattle.

Or is incorporated under the laws of *(foreign nation)* ________________,

and has its principal place of business in *(name)* ________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am demanding $500 billion from each defendant.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See 5 pages, attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am demanding $500 billion from each defendant.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/31/2026

Signature of Plaintiff TM Carrington, Jr.

Printed Name of Plaintiff Theodore Macon Carrington Jr.

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Street Address __________

State and Zip Code __________

Telephone Number __________

E-mail Address __________

---

FROM: 23404057
TO: ISM (Mail Room, R&D)
SUBJECT: ***Request to Staff*** CARRINGTON, THEODORE, Reg# 23404057, BUH-G-A
DATE: 08/28/2026 03:14:42 PM

To: STATEMENT OF CLAIM
Inmate Work Assignment: STATEMENT OF CLAIM

STATEMENT OF CLAIM

On 8/30/2020, Chris Krebs, (a former Microsoft employee), was the director of Cyber Command at the Department of Homeland Security. On that day, 2 men who were in no way employed by the US Government, (Jeh Johnson and Michael Chertoff), illegally took all Election Responsibilities away from the States, and placed them under Chris Krebs at Cyber Command. 3 days later, I blew the whistle on this scheme to Senator Ron Johnson via his email account at whistleblower@ronjohnson.senate.gov. Immediately I started being harrassed by federal agents, and would soon after be poisoned and hit with a weapon associated with Havana Syndrome. As a result, I would eventually be arrested for threatening Senator Ron Johnson, and have been in federal custody since 12/28/2020. In the interim, Chris Krebs and his former boss, Bill Gates, implemented an illegal election security software MONOPOLY at Cyber Command and DHS; the program being called ElectionGuard Software by Microsoft. And just last year, Dominion Voting was bought out, (or name changed), to Liberty Vote. Then just last week, the Supreme Court gave the green light to Donald Trump's Mail in Ballot scheme to be administered by the US Post Office with a National Database compiled by DHS. So what you have here is a Nationwide Vote Rigging Scheme, consisting of an illegal power grab of all election security responsibilities by Cris Krebs at Cyber Command, and illegal Election Guard Monopoly by Bill Gates and Microsoft at Cyber Command and DHS, and now a Voter Database being compiled by Cyber Command and DHS. And it will really be a 100% full proof vote rigging scheme when the U.S. implements a Vote by Phone or Centralized Kiosk voting system, both of which are currently in the works. This is nothing short of a Criminal, RICO, Vote Rigging, Mafia Operation. And I have been imprisoned for almost 6 years, while constantly being threatened by the principal participants who make it abundantly clear that they can have me killed, or my family killed at any time. Therefore since Chris Krebs was a DHS Federal Agent, representing Bill Gates and Microsoft, (a government contractor), I am suing under the Bivens Statute and I demand damages of $500 Billion each from Bill Gates, Cris Krebs, Microsoft, and Senator Ron Johnson and the DOJ.

* SEE next 4 pages for legal and code violations.

---

FROM: Carrington, Tiffany
TO: 23404057
SUBJECT: Hello
DATE: 09/15/2025 09:56:20 AM

Analysis of Alleged Illegal Power Grab in U.S. Election Security Oversight

Introduction

The integrity of U.S. elections is a cornerstone of democratic governance, protected by a framework of laws designed to balance state autonomy with federal safeguards. The Voting Rights Act of 1965 explicitly limits federal oversight of elections to ensure state sovereignty, as outlined in the U.S. Constitution. Concerns have been raised about actions taken in September 2020 by Jeh Johnson and Michael Chertoff, former Department of Homeland Security (DHS) secretaries not employed by the U.S. government at the time, to place election security under the purview of U.S. Cyber Command and the Cybersecurity and Infrastructure Security Agency (CISA). Additionally, allegations suggest that Microsoft, through its former employee Chris Krebs and the ElectionGuard software platform, has infiltrated DHS to exert undue influence over election security. This paper examines the legal implications of these actions, arguing that they may violate constitutional principles, statutory limits, and democratic norms on multiple levels.

Legal Framework Governing U.S. Election Oversight

Constitutional Basis

The U.S. Constitution grants states primary authority over elections. Article I, Section 4, Clause 1 (the Elections Clause) states, "The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations." This establishes states as the primary regulators of elections, with Congress having a secondary role to enact uniform standards if necessary.

The Tenth Amendment further reinforces state authority by reserving powers not delegated to the federal government to the states or the people. Federal oversight of elections must therefore be explicitly authorized by law and must not infringe on state prerogatives absent clear justification.

The Voting Rights Act of 1965

The Voting Rights Act of 1965 (52 U.S.C. § 10301 et seq.) was enacted to eliminate discriminatory practices in voting, particularly in jurisdictions with a history of racial discrimination. Section 4 of the Act, which outlined federal oversight mechanisms such as preclearance, was partially struck down in Shelby County v. Holder (2013), limiting the federal government's ability to impose direct oversight without updated congressional authorization. The Act emphasizes that federal intervention must be narrowly tailored to address specific violations, such as voter suppression, and does not grant broad authority to oversee election processes comprehensively.

Any federal action, including by DHS or its agencies like CISA, must comply with this framework. Unauthorized federal oversight risks violating the Act's intent to limit federal intrusion into state-managed elections.

Alleged Actions by Johnson and Chertoff in September 2020

Background

In September 2020, Jeh Johnson and Michael Chertoff, both former DHS secretaries, reportedly advocated for or facilitated the placement of election security responsibilities under U.S. Cyber Command and CISA. At the time, neither was employed by the U.S. government, raising questions about their authority to influence federal policy. The claim suggests they acted to centralize election security under federal agencies, potentially bypassing state authority.

Legal Concerns

Lack of Authority: As private citizens in 2020, Johnson and Chertoff had no official capacity to direct federal agencies or reassign election security responsibilities. The Federal Advisory Committee Act (5 U.S.C. App.) governs private citizen involvement in federal policy, requiring transparency and formal appointment for advisory roles. Any informal influence by private individuals over DHS or Cyber Command policies could constitute an unauthorized exercise of governmental power, violating principles of accountability and legality.

Violation of the Voting Rights Act: The Voting Rights Act of 1965 prohibits federal oversight of elections absent specific congressional authorization or evidence of discriminatory practices necessitating intervention. Centralizing election security under Cyber Command and CISA without clear statutory authority may exceed federal jurisdiction, as it could encroach on state powers to administer elections. The absence of a documented threat justifying such federal control further undermines the legality of this move.

Constitutional Overreach: By placing election security under federal military (Cyber Command) and civilian (CISA) agencies, this action risks militarizing or over-federalizing a state function. The Posse Comitatus Act (18 U.S.C. § 1385) limits military involvement in domestic affairs, and while Cyber Command's role in cybersecurity may be distinct, its involvement in election oversight could blur these lines, raising constitutional concerns under the Elections Clause and Tenth Amendment.

Microsoft's Alleged Role Through Chris Krebs and ElectionGuard

Background

Chris Krebs, former director of CISA (2018 2020), has been associated with Microsoft post-tenure, raising concerns about corporate influence over election security. Microsoft's ElectionGuard, an open-source software platform, is designed to provide verifiable and secure voting systems. Allegations suggest that Krebs, leveraging his prior CISA role, facilitated Microsoft's influence over DHS election security efforts, effectively "infiltrating" federal processes.

Legal and Ethical Concerns

Conflict of Interest and Revolving Door Ethics: Federal ethics laws, including 18 U.S.C. § 207, impose restrictions on former officials influencing their prior agencies. If Krebs, as a private citizen or Microsoft affiliate, lobbied DHS or CISA to adopt ElectionGuard or related policies, this could violate post-employment restrictions. Such actions may also breach the spirit of impartiality required in election administration, as private corporations like Microsoft could gain undue influence over public processes.

Corporate Overreach in Public Functions: The integration of ElectionGuard into election systems, if mandated or heavily promoted by DHS without transparent procurement processes, could violate federal acquisition regulations (48 C.F.R. § 1 et seq.). These regulations require competitive bidding and public accountability for government contracts. Allowing a single corporation to dominate election security software raises concerns about monopolistic control and potential vulnerabilities, as private interests may conflict with public accountability.

Privacy and Security Risks: ElectionGuard, while open-source, involves complex cryptographic systems that require significant expertise to audit. If DHS or CISA adopted ElectionGuard without rigorous, independent evaluation, this could expose election systems to risks, potentially violating state laws mandating secure and transparent voting processes. Additionally, the Fourth Amendment and state privacy laws protect against unwarranted federal intrusion into voter data, which could be implicated if ElectionGuard's implementation involves federal data collection.

---

Violation of State Autonomy: States have varied election systems, from paper ballots to electronic voting machines. A federal push to adopt ElectionGuard, especially if driven by corporate influence, could pressure states to conform to a uniform system, undermining their constitutional authority under the Elections Clause. This could also violate the National Voter Registration Act (52 U.S.C. § 20501 et seq.), which emphasizes state control over voter registration processes.

Broader Implications for Democratic Governance

Erosion of Federalism

The centralization of election security under federal agencies, influenced by private actors, threatens the federalist structure of U.S. elections. States have historically tailored election processes to local needs, and excessive federal oversight risks homogenizing these systems, reducing flexibility and accountability.

Public Trust

Public confidence in elections relies on transparency and impartiality. Actions by private citizens (Johnson and Chertoff) or corporations (Microsoft) that appear to bypass democratic processes can erode trust, particularly if perceived as partisan or profit-driven. The 2020 election already faced significant scrutiny over security measures, and further centralization without clear legal grounding exacerbates these concerns.

Potential for Abuse

The involvement of military entities like Cyber Command in election oversight raises the specter of surveillance or undue influence over civilian processes. Similarly, corporate control over election software could introduce vulnerabilities, whether through intentional backdoors or unintentional flaws, compromising election integrity.

Conclusion

The alleged actions by Jeh Johnson and Michael Chertoff to place election security under Cyber Command and CISA, combined with Microsoft's purported influence through Chris Krebs and ElectionGuard, raise serious legal and ethical concerns. These actions may violate the Voting Rights Act of 1965, the U.S. Constitution's Elections Clause and Tenth Amendment, federal ethics laws, and procurement regulations. They also risk undermining state autonomy, public trust, and the democratic process. To address these issues, any federal election security measures must be transparently authorized by Congress, subject to rigorous oversight, and free from undue private influence. States must retain their constitutional role as primary election administrators, with federal support limited to addressing specific, documented threats.

Recommendations

All parties should be charged with felonies!

Congressional Oversight: Congress should investigate the 2020 actions and clarify the scope of CISA and Cyber Command's roles in election security.

Transparency in Software Adoption: Any adoption of ElectionGuard or similar platforms must follow competitive procurement processes and independent security audits.

Strengthening State Authority: Federal agencies should support, rather than supplant, state election systems, providing resources without mandating uniform solutions.

Ethics Enforcement: Enforce post-employment restrictions on former officials to prevent undue influence by private entities.