8/31/2026 Theodore M. Carrington, Jr.

U.S. Clerk of Court,

Please file the enclosed Form to File AU pauperis, And the Civil Rights Lawsuit included in this correspondence.

Thank You Sincerely,

TMCarrington, Jr.