Oct. 11

# Senator Ron Johnson, You are a Criminal

Theodore Carrington <Theodore231@outlook.com>

Wed 9/2/2020 7:23 AM

To: whistleblower@ronjohnson.senate.gov <whistleblower@ronjohnson.senate.gov>; webcontact@mintpressnews.com <webcontact@mintpressnews.com>; tips@zerohedge.com <tips@zerohedge.com>; utubeempire@gmail.com <utubeempire@gmail.com>; Rick Wiles <info@trunews.com>; store@TedNugent.com <store@TedNugent.com>; udc@hqudc.org <udc@hqudc.org>; legal@tmz.com <legal@tmz.com>; kit@infowars.com <kit@infowars.com>; media@veteransinc.org <media@veteransinc.org>; tips@tampabay.com <tips@tampabay.com>; tips@latimes.com <tips@latimes.com>; contact@amg-news.com <contact@amg-news.com>; Joe Monahan <newsguy@yahoo.com>; reportit@krqe.com <reportit@krqe.com>; press@actblue.com <press@actblue.com>; press@fec.gov <press@fec.gov>; webeditor@sfnewmexican.com <webeditor@sfnewmexican.com>; webpromotion@rttv.ru <webpromotion@rttv.ru>; tips@therebel.media <tips@therebel.media>

Copied is Senator Ron Johnson's Whistleblower Email from his Website. Now, Senator Ron Johnson has ABANDONED his efforts to subpoena FBI Director Chris Wray, and bring Charges to James Comey. I requested that Johnson provide me with a Constitutional Lawyer to Contest Blackrock's Merger with the Fed. Fat Chance. Now Sen. Johnson says that US Cyber Command taking over Election Security and withholding Intel to the Congress is "No Big Deal." And that's what Senator Johnson will say when Barack Obama, Jeh Johnson, Michael Chertoff, and Jeb Bush FEDERALIZE Elections. Senator Johnson is a Fraud and a Criminal. Macon Carrington

https://www.politico.com/news/2020/08/30/ron-johnsonelection-security-briefings-405233?ocid=uxbndlbing



Ron Johnson: End of election security briefings not a big deal - POLITICO

Senate Homeland Security and Governmental Affairs Chair Ron Johnson said Sunday that concerns over the end of in-person election security briefings to House and Senate Intel committees were an ...

www.politico.com

https://beforeitsnews.com/new-world-order/2020/08/us-cyber-command-gets-federal-surveillance-powers-over-us-election-rockwatch-9061.html

'US CYBER COMMAND gets FEDERAL Surveillance Powers Over US Election!! ROCKWATCH!!! | New World Order | Before It's News

US Cyber Command and the Pentagon are availing themselves of the Russian meddling narratives and added a few others to justify the creation of a cyberwar army with international and domestic capabilities via the



Case 5:26-ct-03278-M Document 1-2 Filed 09/09/26 Page 12 of 1

10 of 10