Theodore M. Carrington Jr.
Name: Number: 23404-057
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Legal Mail

RECEIVED
SEP 09 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

9589 0710 5270 2924 4814 67

U.S. Clerk of Court
U.S. District Court
P.O. Box 25670
Raleigh, N.C.
27611

FREEDOM FOREVER/USA
OF AMERICA FOREVER/USA

Retail
UNITED STATES POSTAL SERVICE®
RDC 99
27611
U.S. POSTAGE PAID
FCM LETTER
BUTNER, NC 27509
SEP 02, 2026
$0.00
S2322P501727-04