IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THEODORE MACON CARRINGTON, JR.,

Plaintiff,

v.

MICROSOFT, BILL GATES, CHRIS KREBS, and RON JOHNSON,

Defendants.

**Judgment in a Civil Case**

**Case Number 5:26-CT-03278-M**

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for initial review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim.

This judgment filed and entered on October 16, 2026, with service on:

Theodore Macon Carrington, Jr. (via U.S. Mail)
23404-057
Butner - F.M.C.
P.O. Box 1600
Butner, NC 27509

October 16, 2026

PETER A MOORE, JR., CLERK

by ______________________
Deputy Clerk